# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-3794 JC | Date | October 9, 2012 |
|---|---|---|---|
| Title | Mayella D. Cervantes v. Michael J. Astrue | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none present | none present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On May 7, 2012, the Court issued a Case Management Order which directed plaintiff, who is represented by counsel in this action, to file a motion for summary judgment or remand within thirty (30) days of service of defendant's Answer.  On July 17, 2012, defendant filed and electronically served defendant's Answer.  On August 29, 2012, the Court approved the parties' stipulation and extended plaintiff's deadline to file a motion for summary judgment or remand to September 24, 2012.

 Although the deadline to file a motion for summary judgment or remand expired more than two weeks ago, to date, plaintiff has failed to require such a motion as required by the Case Management Order and the August 29, 2012 order.

The Court, on its own motion, hereby orders plaintiff to show cause in writing no later than **October 19, 2012**, why this action should not be dismissed for lack of prosecution and/or based upon plaintiff's failure to comply with the Case Management Order and the August 29, 2012 order.  If the plaintiff wishes to proceed with this action, she must also file by a motion for summary judgment or remand by the foregoing deadline.

**Plaintiff is cautioned that the failure timely to comply with this order, to file the above-referenced documents by October 19, 2012, and to show good cause will result in the dismissal of this action based on plaintiff's failure to comply with the court's order and/or failure to prosecute this action.**

IT IS SO ORDERED.

|  | Initials of Deputy Clerk | hr |
|---|---|---|